ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ANDREW Y. CHOUNG - State Bar No. 203192
achoung@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997          JS-6
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendant
Nero Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JVC KENWOOD CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>ARCSOFT, INC.; NERO INC.,<br><br>   Defendants. | CASE NO.:  CV12- 3662 MRP (JCx)<br><br>**FINAL JUDGMENT** |
| NERO INC.,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>JVC KENWOOD CORPORATION,<br><br>   Counterclaim-Defendants. | |

1  Defendant Nero Inc.'s Motion for Partial Summary Judgment of
2  Noninfringement Due to Patent Exhaustion and Express Release came on for hearing
3  before this Court on April 23, 2013.
4  After considering the moving and opposing papers and all supporting evidence,
5  arguments of counsel, and all other matters presented to the Court,
6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
7  1. SUMMARY JUDGMENT OF NONINFRINGEMENT IS ENTERED in
8  favor of Nero and against Plaintiff JVC Kenwood Corporation with respect to U.S.
9  Patent Nos. 6,141,491; 6,768,711; 7,023,790; 7,102,970; 6,490,404; 6,522,692;
10 6,788,881; 6,212,329 and 5,535,008.
11 2. The claims asserted by Plaintiff JVC Kenwood Corporation alleging
12 infringement of any patents other than those listed in Paragraph 1, not previously
13 dismissed, are hereby dismissed.
14 3. Each party shall bear its own costs and attorney's fees incurred in the
15 action.

Dated: September 12, 2013

Hon. Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE